No. 484. LOFTUS CUDDY ET AL., PETITIONERS, *v.* PERCIVAL W. CLEMENT, RECEIVER, ETC., ET AL. December 22, 1902. Petition for a writ of certiorari to the United States Circuit Court of Ap-

peals for the First Circuit denied. *Mr. Harvey D. Goulder, Mr. S. H. Holding* and *Mr. F. S. Masten* for the petitioners. *Mr. Louis Hasbrouck, Mr. M. H. Cardozo* and *Mr. B. N. Cardozo* for the respondents.